Thomas Morgan, plaintiff in error, v. Illinois Central Railroad Company, defendant in error. Gen. No. 31,658.

Action for personal injuries under the Federal Employers' Liability Act. Judgment for defendant on directed verdict. Error to the Superior Court of Cook county; the Hon. L. P. Harriss, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 15, 1927.

Charles C. Spencer, for plaintiff in error. Fred H. Montgomery, for defendant in error; W. S. Horton and Vernon W. Foster, of counsel.

Mr. Justice Gridley delivered the opinion of the court.